# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to: *Allan Dunlap v. AbbVie Inc., et al.*, 1:16-cv-1390 | Master Docket Case No. 1:14-cv-01748<br><br>Hon. Judge Matthew F. Kennelly |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, if the Court deems it necessary, the undersigned will appear before the Honorable Judge Matthew F. Kennelly on Thursday, May 29, 2019 at 9:30 a.m., in Courtroom 2103, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and present the Motion to Withdraw as Counsel, copies of which were served through the Court's electronic filing system.

Dated: May 15, 2019

Respectfully submitted,

*/s/ Trent B. Miracle*
Trent B. Miracle
Brendan A. Smith
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com
bsmith@simmonsfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

<i>/s/ Brendan A. Smith</i>