Judge Matthew F. Kennelly

FILED 5-12-19
MAY 20 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sir,

My name is Allan J Dunlap I am one of the plaintiffs in Abbvie Testostrone lawsuit. Case # 1:16-cv-1390. My attorneys Trent B Miracle & Brendan A Smith of the lawfirm Simmons Hanly Conroy Alton Ill. have tried to make me give up my case in your court, the have harrassed me, refused to give me legal documents, that the made a settlement with Abbvie, my legal point are this Judge I am entitled to a copy of the legal settlement this lawfirm made that destroyed my case with the master Randi Ellis. I can win my case at trial, I used Androl gel had a hart attack, than a stroke, this 90 day rule the settlement master is using is flawed. Some of us had other medical problems that made me stop Androl Gel, than restart it. No were in Androl Gel directions does it say, dont, stop than restart. I have also sent complaints to Ill Disiplinary Commission on the 2 attorneys named above. They took my case, said I had a case, filed it in your court, that played all these games to destroy it.

They did not like the fact I stood up to the master & their flawed wrong legal theory. Abbvie is trying to save itself, I looked at their stock reports & shareholder Report, and they are in debt or huge loans. My attorneys quit wont do their jobs told me to take my case to trial alone. I need help.

*Allan Dunlap*

Thank you
Allan Dunlap
4506 William Flynn Hwy
Harrisville   PA
16038.