# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Allan J Dunlap

                      Plaintiff,

v.

                                                   Case No.: 1:16−cv−01390
                                                   Honorable Matthew F. Kennelly

AbbVie Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 29, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 5/29/2019. Motion to withdraw as attorney [7] and motion for order [11] are entered and continued to a telephone motion hearing set for 6/19/2019 at 8:30 a.m. Parties are to call into conference number (888) 684−8852, access code 7461053#, at that time. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.