UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Allan J Dunlap
                          Plaintiff,

v.                                             Case No.: 1:16−cv−01390
                                                           Honorable Matthew F. Kennelly

AbbVie Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 27, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court denies the requests for relief set forth by plaintiff Allan Dunlap in his 7/12/2019 and 7/21/2019 letters (dkt. nos. 18 & 31). When Mr. Dunlap opted to participate in the settlement program, he accepted the terms and conditions about which he complains in those letters. In addition, the Court denies Mr. Dunlap's "motion for Garnishment Rule 64 Federal Rules of Court" (dkt no. 23) for the same reasons just cited, and because Mr. Dunlap has offered no justification for his contention that he is entitled to garnishment. The settlement payment will, the Court assumes, be made as and when required under the settlement program covering Mr. Dunlap's and numerous other cases. Plaintiff's counsel is directed to immediately send a copy of this order to Mr. Dunlap and is to certify compliance in writing within 7 days of this order. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.